UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EUGENE BRIAN GARVIE,

Petitioner - Appellant,

v.

SCOTT SPEAR,

Respondent - Appellee.

No. 25-8094

D.C. No. 2:24-cv-02145-LK
Western District of Washington,
Seattle

ORDER

Before:    R. NELSON and SUNG, Circuit Judges.

This appeal is from the denial of appellant's Federal Rule of Civil Procedure 60(b) motion. The request for a certificate of appealability is denied because appellant has not shown "that (1) jurists of reason would find it debatable whether the district court abused its discretion in denying the Rule 60(b) motion and, (2) jurists of reason would find it debatable whether the underlying [28 U.S.C. § 2254 petition] states a valid claim of the denial of a constitutional right." *United States v. Winkles*, 795 F.3d 1134, 1143 (9th Cir. 2015); *see also* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Martinez v. Shinn*, 33 F.4th 1254, 1261 (9th Cir. 2022).

Any pending motions are denied as moot.

No further filings will be entertained in this case.

**DENIED.**